| | | |
|---|---|---|
| STATE OF INDIANA | ) | PUTNAM CIRCUIT COURT |
| | ) SS: | |
| PUTNAM COUNTY | ) | CAUSE NO. 67C01-2312-CT-000036 |

BRANDON CLARK                  )
                               )
      Plaintiff,          )
                               )
v.                             )
                               )
LONE STAR INDUSTRIES,          )
INC. D/B/A BUZZI UNICEM        )
USA, BUZZI UNICEM USA-         )
CEMENT, LLC,                   )
BUZZI UNICEM USA,              )
BUZZI USA, INC,                )
BUZZI UNICEM USA, INC,         )
AND TRAIL KING,                )
INDUSTRIES, INC. a/ka TRAIL    )
KING and d//b/a TRAIL KING     )
                               )
      Defendants.        )

## AMENDED COMPLAINT FOR PERSONAL INJURY AND REQUEST FOR JURY TRIAL

COMES NOW plaintiff Brandon Clark, by counsel, and for his complaint for personal injury and damages against defendants, alleges and states:

### VENUE

1. Venue is appropriate in Putnam County pursuant to Indiana T.R. 75(A), because this is a claim for injuries arising, in part, from an accident that occurred in Putnam County on a business located at 3301 S. County Road 150, Greencastle, Putnam County, Indiana.

1

## GENERAL ALLEGATIONS

2. At all times mentioned herein, defendants Lone Star Industries, Inc. d/b/a Buzzi Unicem USA, Buzzi Unicem USA- Cement, LLC, Buzzi Unicem USA, Buzzi USA, Inc., and Buzzi Unicem, USA, Inc, (hereinafter collectively known as "Buzzi") were doing business in the State of Indiana and operating and/or maintaining the premises located at 3301 S. County Road 150, Greencastle, Indiana. (hereinafter the "property")

3. At all times mentioned herein, defendant Trail King Industries, Inc. a/k/a Trail King and d/b/a as Trail King (hereinafter collectively known as "Trail King") was doing business in the State of Indiana as a result of designing, manufacturing, and/or placing into the stream of commerce commercial tankers and trailers.

4. At all times mentioned herein, all acts and/or admissions of defendants were performed and/or omitted by and through their agents, servants, contractors or employees in the course and scope of their employment.

5. At all times mentioned herein, plaintiff Brandon Clark was a business invitee of defendant Buzzi and the user of defendant Trail King's commercial tanker.

## COUNT I- NEGLIGENCE

6. On or about December 20, 2021, plaintiff Brandon Clark was a business invitee of defendant Buzzi, on its property with permission and for a

business-related reason and was injured as a result of dangerous conditions on the property.

7. At all times mentioned herein defendant Buzzi was required to use reasonable and ordinary care under the circumstances and in the operation of its business premises.

8. Plaintiff Brandon Clark's injuries and damages were directly and proximately caused by defendant Buzzi's failure to inspect its property, failure to discover dangerous and defective conditions that existed at said location, failure to warn of dangerous conditions on the property; failure to maintain its business property in a reasonable safe condition; failure to correct dangerous and/or defective conditions Buzzi knew of or should have known about; failure to provide a reasonable and safe work environment, and other acts of negligence,

## PRODUCTS LIABILITY

9. Trail King was engaged in the business of designing, manufacturing, and/or selling commercial tankers/trailers.

10. Trail King's product was expected to reach users or consumers in the condition in which it was sold.

11. Trial King sold its product in defective condition unreasonably dangerous to users or consumers, whose injury was foreseeable or could reasonably be anticipated.

12. Plaintiff Brandon Clark was injured and damaged by a Trail King product being used in the manner intended.

13. The dangerous and defective condition of Trail King's product was a proximate cause of plaintiff Brandon Clark's injuries and damages.

WHEREFORE, plaintiff Brandon Clark, by counsel, prays for a judgment against defendants in an amount to fairly compensate him for his serious bodily injuries, past and future medical expenses, past, current, and future pain and suffering, permanent injuries, the costs of this action and all other just and proper relief in the premises.

I AFFIRM, UNDER THE PENALTIES FOR PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

/s/ Brandon Clark

Brandon Clark, plaintiff

THOMAS TODD REYNOLDS LAW, LLC

By: /s/ Thomas Todd Reynolds

Thomas Todd Reynolds
Attorney No. 6350-49
Attorney for plaintiff Brandon Clark

THOMAS TODD REYNOLDS LAW, LLC
450 East 96th Street, Suite 500
Indianapolis, IN 46240
Telephone: 317.581.6117
Mobile: 317.691.4157
Fax: 317.663.0777
Email: treynolds@thomastoddreynoldslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via email, mail, by the Indiana E-Filing System or personally served on this 23rd day of January 2024 to the following:

Michael Wroblewski
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
mwroblewski@k-glaw.com

TRAIL KING INDUSTRIES, INC.
300 E. Norway Avenue
Mitchell, SD 57301

                                              /s/ Thomas Todd Reynolds
                                              _____
                                              Thomas Todd Reynolds