IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRANDON CLARK, ) | CASE NO.: 2:24-CV-00028-JPH-MJD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LONE STAR INDUSTRIES, INC. d/b/a ) | |
| BUZZI UNICEM USA-CEMENT, LLC, ) | |
| BUZZI UNICEM USA, BUZZI USA, INC., ) | |
| BUZZI UNICEM USA, INC., and TRAIL ) | |
| KING INDUSTRIES, INC. a/k/a TRAIL ) | |
| KING and d/b/a TRAIL KING ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO REFORM CAPTION BY INTERLINEATION**

Come now the respective parties, by counsel, and for their Agreed Motion to Reform Caption by Interlineation, would state as follows:

1. Plaintiff hereon filed his First Amended Complaint against the Defendants, Lone Star Industries, Inc. and Trail King Industries, Inc., and named several d/b/a subsidiaries of each Defendant.

2. Prior to the Court's initial Case Management Conference, counsel for the parties collectively participated in discussions to Reform the caption to agree to ascertain the *correct legal* names of the Defendants.

3. The parties agree that the *correct legal* names of the Defendant are: Lone Star Industries, Inc. and Trail King Industries, Inc., respectively.

4. The parties now move this Honorable Court to Amend the Caption of this

1

cause to reflect the correct legal names of the Defendants, namely Lone Star Industries, Inc. and Trail King Industries, Inc., and to dismiss all other named as defendants.

5. The parties agree that the proper Caption should be:

| | | |
|---|---|---|
| **BRANDON CLARK,** | ) | CASE NO.: 2:24-CV-00028-JPH-MJD |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LONE STAR INDUSTRIES, INC.** | ) | |
| **and TRAIL KING INDUSTRIES,** | ) | |
| **INC.** | ) | |
| | ) | |
| **Defendants.** | | |

6. The parties further stipulate that Lone Star Industries, Inc. and Trail King Industries, Inc. are the correct legal names of the Defendants in this matter.

WHEREFORE, the parties, by counsel, would pray that the Court GRANT their Agreed Motion to Reform Caption by Interlineation, and for all other relief just and proper in the premises.

RESPECTFULLY SUBMITTED,

/s/ Blake N. Shelby
Blake N. Shelby
FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244
Tel: (317) 237-3800
Fax (317) 237-3900
bshelby@fbtlaw.com
For Trail King Industries, Inc.

/s/ Michael Wroblewski
Michael Wroblewski
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
mwroblewski@k-glaw.com
For Lone Star Industries, Inc.

/s/ Thomas Todd Reynolds
Thomas Todd Reynolds
THOMAS TODD REYNOLDS LAW, LLC
450 East 96th Street, Suite 500
Indianapolis, IN 46240
treynolds@thomastoddreynoldslaw.com
*Co-counsel for Plaintiff*

/s/ Michael W. Phelps
Michael W. Phelps, #20646-89
*Hankey Marks & Crider*
429 E. Vermont Street
Suite 200
Indianapolis, IN 46202
Office: 317.634.8565
Fax: 317.634.9818
Email: mphelps@hankeylaw.com
For Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed this document on the 5th day of April, 2024, and service will be made via the Court's ECF system to all counsel of record, including:

Blake N. Shelby
FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244
Tel: (317) 237-3800
Fax (317) 237-3900
bshelby@fbtlaw.com

Robert A. Carson
*Pro Hac Vice*
Gould & Ratner LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Tel: (312) 236-3003
rcarson@gouldratner.com

Michael Wroblewski
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
mwroblewski@k-glaw.com

Thomas Todd Reynolds
THOMAS TODD REYNOLDS LAW, LLC
450 East 96th Street, Suite 500
Indianapolis, IN 46240
treynolds@thomastoddreynoldslaw.com
*Co-counsel for Plaintiff*

                                                      /s/ Michael W. Phelps
                                                      Michael W. Phelps, #20646-89
                                                      Attorney for Plaintiff

Michael W. Phelps, #20646-89
*Hankey Marks & Crider*
429 E. Vermont Street
Suite 200
Indianapolis, IN 46202
Office: 317.634.8565
Fax: 317.634.9818
Email: mphelps@hankeylaw.com